REID v. DE GROOT.

No. 4435.   Opinion Filed May 11, 1915.

(148 Pac. 1026.)

.APPEAL AND ERROR—Dismissal—Deposit for Costs.   Where plaintiff in error fails to make a deposit for costs in compliance with an order of this court, the appeal will be dismissed.

(Syllabus by Collier, C.)

*Error from District Court, Muskogee County;*

*R. P. De Graffenried, Judge.*

Action between Charles W. Reid and John Lorraine De Groot. From the judgment, Reid brings error.   Dismissed.

*Y. P. Broome,* for plaintiff in error.

COLLIER, C.   On April 13, 1915, this court made an order, in case No. 4435, Charles W. Reid v. John Lorraine De Groot, requiring plaintiff in error to pay to the clerk of the Supreme Court the sum of $10, as a deposit for costs, and that same be paid within 15 days from said date.   This order of the court has not been complied with; and in pursuance thereto, the cause should be dismissed.

By the Court: It is so ordered.